IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## ORDER

AND NOW, this 19th day of December, 2012, it is hereby ORDERED that the following cases are DISMISSED WITH PREJUDICE:

| CASE NAME | CASE NO. |
|---|---|
| Turay v. NSL Rosetree Place, LLC, et al. | 11-7550 |
| Smith v. NSL Rosetree Place, LLC, et al. | 11-7551 |
| Tucker v. NSL Rosetree Place, LLC, et al. | 11-7552 |
| Mayson v. NSL Rosetree Place, LLC, et al | 11-7553 |
| Donzo v. NSL Rosetree Place, LLC, et al | 11-7554 |
| Carlor v. NSL Rosetree Place, LLC, et al. | 11-7555 |
| Johnny v. NSL Rosetree Place, LLC, et al. | 11-7556 |
| Kanneh v. NSL Rosetree Place, LLC, et al. | 11-7557 |

FILED
DEC 1 9 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

The Court will retain jurisdiction.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE

ENTERED
DEC 1 9 2012
CLERK OF COURT

# KOLMAN ELY, P.C.

Two Penn Center Plaza, Suite 200
Philadelphia, PA 19102
(267) 337-7338

414 Hulmeville Avenue
Penndel, PA 19047
(215) 750-3134
Fax (215) 750-3138

600 Grant Street, Suite 660
Pittsburgh, PA 15219
(412) 301-2090

December 14, 2012

*Via Facsimile to (215) 580-2143*
The Honorable Robert F. Kelly
United States District Court for the
Eastern District of Pennsylvania
601 Market Street, Room 11613
Philadelphia, PA 19106

| RE: | | | | |
|---|---|---|---|---|
| *Turay* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7550* |
| *Smith* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7551* |
| *Tucker* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7552* |
| *Mayson* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7553* |
| *Donzo* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7554* |
| *Carlor* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7555* |
| *Johnny* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7556* |
| *Kanneh* | v. | *NSL Rosetree Place, LLC, et. al.* | | *Case No. 11-7557* |

Dear Judge Kelly:

We are pleased to report that the parties to the above-referenced matters have reached an amicable resolution of all claims. The Parties are currently finalizing the Settlement Agreement. Accordingly, we respectfully request that Your Honor dismiss this matter without costs and with prejudice and to reinstate the action within sixty (60) days if settlement is not reached.

Respectfully,

KOLMAN ELY, P.C.

Crystal Schwartz, Office Manager/Paralegal to
Wayne A. Ely, Esquire

/cls
cc: *Matt Fontana, Via Fax 215.665.8760*

www.kolmanely.com